THOMAS R. BEER (SBN 148175)
tbeer@hinshawlaw.com
PETER J. FELSENFELD (SBN 260433)
pfelsenfeld@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:    415-362-6000
Facsimile:    415-834-9070

Attorneys for Defendant JONATHAN CUEVA

CHRISTOPHER G. ROMERO (SBN 309164)
cromero@wilcoxenlaw.com
WILCOXEN CALLAHAM, LLP
2114 K Street
Sacramento, CA 95816
Telephone:    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
Facsimile:    916-442-4118

Attorneys for Plaintiffs HENRY DUPLANTIS
and CHERYL DUPLANTIS

TODD C. WORTHE (SBN 177452)
tworthe@whwlawcorp.com
MACKENZIE C. FOELLMER (SBN 255721)
mfoellmer@whwlawcorp.com
WORTHE HANSON & WORTHE
1851 East First Street, Suite 860
Santa Ana, CA 92705
Telephone:    714-285-9600
Facsimile:    714-285-9700

Attorneys for Defendant UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HENRY DUPLANTIS and CHERYL DUPLANTIS,<br><br>           Plaintiffs,<br><br>     vs.<br><br>UNITED AIRLINES, INC., JONATHAN CUEVA, and DOES 1 through 100, inclusive,<br><br>           Defendants. | Case No. 2:20-cv-02199-MCE-AC<br><br>**STIPULATION TO EXTEND NON-EXPERT DISCOVERY DEADLINES; ORDER THEREON**<br><br>Complaint Filed:  September 3, 2020 |

## RECITALS

Plaintiffs HENRY DUPLANTIS and CHERYL DUPLANTIS (collectively, "Plaintiffs") and Defendants UNITED AIRLINES, INC. ("UA") and JONATHAN CUEVA ("Cueva") (collectively, "Defendants") by and through their respective counsel of record, and subject to the Court's approval, hereby stipulate and agree as follows:

WHEREAS, on November 2, 2020 the Court issued an Initial Pre-Trial Scheduling Order (Dkt. # 2) setting a Non-Expert Discovery deadline of November 12, 2021;

WHEREAS, Defendant Cueva substituted in new counsel on September 14, 2021 (Dkt. # 11);

WHEREAS, Defendant Cueva's new counsel desires to conduct additional discovery and will be unable to "complete" that discovery, as defined in the Initial Pre-Trial Scheduling Order, by the November 12, 2021 deadline;

WHEREAS, Defendant Cueva's new counsel has requested that the Parties stipulate to extending the existing Non-Expert Discovery deadline by one month to allow for additional discovery;

WHEREAS, Plaintiffs and Defendant UA do not object to this request;

WHEREAS, the Parties have agreed in principle to continue the non-expert discovery cutoff deadline to December 12, 2021;

WHEREAS, all other Court-established deadlines shall remain the same;

WHEREAS, good cause exists to grant the requested continuance as it is not requested for the purposes of delay and will not result in prejudice to any party or require any additional alteration of the current pre-trial schedule.

## STIPULATION

IT IS THEREFORE STIPULATED AND AGREED, by and among Plaintiffs and Defendants, and subject to the approval of the Court, that:

1. The Non-Expert Discovery Cutoff currently set for November 12, 2021 shall be extended to December 12, 2021.

2. This Stipulation and Order shall be without prejudice to the Parties, or either Party, seeking a further continuance as may be supported by good cause.

Dated:  October 7, 2021                                    HINSHAW & CULBERTSON LLP


                                                       By: /s/ Peter J. Felsenfeld
                                                           THOMAS R. BEER
                                                           PETER J. FELSENFELD
                                                           Attorneys for Defendant JONATHAN CUEVA

Dated:  October 7, 2021                                    WILCOXEN CALLAHAM, LLP


                                                       By: /s/ Christopher G. Romero
                                                           CHRISTOPHER G. ROMERO
                                                           Attorneys for Plaintiffs HENRY DUPLANTIS
                                                           and CHERYL DUPLANTIS

Dated:  October 7, 2021                                    WORTHE HANSON & WORTHE


                                                       By: /s/ Todd C. Worthe
                                                           TODD C. WORTHE
                                                           MACKENZIE C. FOELLMER
                                                           Attorneys for Defendant UNITED AIRLINES, INC.

**ORDER**

Having reviewed the above Stipulation of the Parties, and good cause having been made to the satisfaction of the Court, IT IS SO ORDERED and the non-expert discovery cutoff deadline shall be extended from November 12, 2021 to December 12, 2021.

IT IS SO ORDERED.


Dated:  October 18, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE