| | |
|---|---|
| 1 | THOMAS R. BEER (SBN 148175) |
|   | tbeer@hinshawlaw.com |
| 2 | PETER J. FELSENFELD (SBN 260433) |
|   | pfelsenfeld@hinshawlaw.com |
| 3 | HINSHAW & CULBERTSON LLP |
|   | One California Street, 18th Floor |
| 4 | San Francisco, CA 94111 |
|   | Telephone:    415-362-6000 |
| 5 | Facsimile:     415-834-9070 |
| 6 | Attorneys for Defendant JONATHAN CUEVA |
| 7 | CHRISTOPHER G. ROMERO (SBN 309164) |
|   | cromero@wilcoxenlaw.com |
| 8 | WILCOXEN CALLAHAM, LLP |
|   | 2114 K Street |
| 9 | Sacramento, CA 95816 |
|   | Telephone:    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 |
| 10 | Facsimile:     916-442-4118 |
| 11 | Attorneys for Plaintiffs HENRY DUPLANTIS |
|    | and CHERYL DUPLANTIS |
| 12 | |
|    | TODD C. WORTHE (SBN 177452) |
| 13 | tworthe@whwlawcorp.com |
|    | MACKENZIE C. FOELLMER (SBN 255721) |
| 14 | mfoellmer@whwlawcorp.com |
|    | WORTHE HANSON & WORTHE |
| 15 | 1851 East First Street, Suite 860 |
|    | Santa Ana, CA 92705 |
| 16 | Telephone:    714-285-9600 |
|    | Facsimile:     714-285-9700 |
| 17 | |
|    | Attorneys for Defendant UNITED AIRLINES, INC. |
| 18 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| 22 | HENRY DUPLANTIS and CHERYL DUPLANTIS, | ) Case No. 2:20-cv-02199-MCE-AC |
| 23 | Plaintiffs, | ) **STIPULATION TO TAKE FRCP 30(B)(6)** ) **DEPOSITIONS AFTER DISCOVERY** ) **CUTOFF; ORDER THEREON** |
| 24 | vs. | ) |
|    |    | ) Complaint Filed:  September 3, 2020 |
| 25 | UNITED AIRLINES, INC., JONATHAN CUEVA, and DOES 1 through 100, inclusive, | ) |
| 26 |    | ) |
|    | Defendants. | ) |
| 27 |    | ) |
| 28 |    |   |

**RECITALS**

Plaintiffs HENRY DUPLANTIS and CHERYL DUPLANTIS (collectively, "Plaintiffs") and Defendants UNITED AIRLINES, INC. ("UA") and JONATHAN CUEVA ("Cueva") (collectively, "Defendants") by and through their respective counsel of record hereby stipulate and agree as follows:

WHEREAS, on October 7, 2021, the aforementioned parties stipulated to extend the non-expert discovery deadline from November 12, 2021 to December 12, 2021.

WHEREAS, on October 19, 2021, the Court issued an order approving the stipulated discovery deadline extension.

WHEREAS, on November 1, 2021, Cueva served a person most knowledgeable deposition notice, including a request for production of documents, on UA pursuant to Federal Rule of Civil Procedure 30(b)(6).

WHEREAS, counsel for UA has notified counsel for Cueva that it may not be able to identify and prepare a Rule 30(b)(6) witness (or multiple witnesses) by the December 12, 2021 non-expert discovery cutoff.

WHEREAS, counsel for UA suggested that Cueva take the Rule 30(b)(6) deposition after the formal non-expert discovery cutoff. Counsel for Plaintiffs and Cueva are in agreement with this proposal.

**STIPULATION**

IT IS THEREFORE STIPULATED AND AGREED, by and among Plaintiffs and Defendants that:

1. The Federal Rule of Civil Procedure 30(b)(6) deposition of UA's person most knowledgeable may take place after the December 12, 2021 non-expert discovery deadline.

2. The deposition will take place not less than 15 days before any party files a dispositive motion.

3. All testimony and other evidence obtained during that deposition may be used in subsequent motion briefing or at trial.

//

//

Dated: November 17, 2021                               HINSHAW & CULBERTSON LLP

By: /s/ Peter J. Felsenfeld
THOMAS R. BEER
PETER J. FELSENFELD
Attorneys for Defendant JONATHAN CUEVA

Dated: November 17, 2021                               WILCOXEN CALLAHAM, LLP

By: /s/ Christopher G. Romero
CHRISTOPHER G. ROMERO
Attorneys for Plaintiffs HENRY DUPLANTIS
and CHERYL DUPLANTIS

Dated: November 17, 2021                               WORTHE HANSON & WORTHE

By: /s/ Todd C. Worthe
TODD C. WORTHE
MACKENZIE C. FOELLMER
Attorneys for Defendant UNITED AIRLINES, INC.

## ORDER

Having reviewed the above Stipulation of the Parties, and good cause having been made to the satisfaction of the Court,

1. The Federal Rule of Civil Procedure 30(b)(6) deposition of UA's person most knowledgeable may take place after the December 12, 2021 non-expert discovery deadline.

2. The deposition will take place not less than 15 days before any party files a dispositive motion.

3. Any and all testimony and other evidence obtained during that deposition may be used in subsequent motion briefing or at trial.

IT IS SO ORDERED.

Dated: November 22, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE