THOMAS R. BEER (SBN 148175)
tbeer@hinshawlaw.com
PETER J. FELSENFELD (SBN 260433)
pfelsenfeld@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:    415-362-6000
Facsimile:    415-834-9070

Attorneys for Defendant JONATHAN CUEVA

CHRISTOPHER G. ROMERO (SBN 309164)
cromero@wilcoxenlaw.com
WILCOXEN CALLAHAM, LLP
2114 K Street
Sacramento, CA 95816
Telephone:    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
Facsimile:    916-442-4118

Attorneys for Plaintiffs HENRY DUPLANTIS and CHERYL DUPLANTIS

TODD C. WORTHE (SBN 177452)
tworthe@whwlawcorp.com
MACKENZIE C. FOELLMER (SBN 255721)
mfoellmer@whwlawcorp.com
WORTHE HANSON & WORTHE
1851 East First Street, Suite 860
Santa Ana, CA 92705
Telephone:    714-285-9600
Facsimile:    714-285-9700

Attorneys for Defendant UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HENRY DUPLANTIS and CHERYL DUPLANTIS,<br><br>            Plaintiffs,<br><br>     vs.<br><br>UNITED AIRLINES, INC., JONATHAN CUEVA, and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. 2:20-cv-02199-MCE-AC<br><br>**STIPULATION TO EXTEND EXPERT DEADLINES; ORDER THEREON**<br><br>Complaint Filed:  September 3, 2020 |

## **RECITALS**

Plaintiffs HENRY DUPLANTIS and CHERYL DUPLANTIS ("Plaintiffs") and Defendants UNITED AIRLINES, INC. ("UA") and JONATHAN CUEVA ("Cueva") (collectively, the "Parties") by and through their respective counsel of record hereby stipulate and agree as follows:

WHEREAS, the Court's Initial Pre-Trial Scheduling Order (Dkt. #2) established that the parties must designate experts not later than sixty (60) days after the close of discovery;

WHEREAS, on October 19, 2021, the Court approved the Parties stipulation to extend the non-expert fact discovery cutoff from November 12, 2021 to December 12, 2021 (Dkt. #14).  The stipulation did not extend the corresponding deadline for expert discovery;

WHEREAS, the Parties agree that the deadline to designate experts and rebuttal experts should be extended by one month to correspond to the new fact discovery deadline in order to give the experts sufficient time to prepare their FRCP Rule 26 reports;

Now therefore, the parties hereby request the deadlines for fact and expert discovery be extended as follows:

| | |
|---|---|
| Expert disclosure: | February 11, 2022 |
| Expert rebuttal: | March 10, 2022 |

**IT IS HEREBY STIPULATED**.


Dated:  December 14, 2021                HINSHAW & CULBERTSON LLP

By: */s/ Peter J. Felsenfeld*
THOMAS R. BEER
PETER J. FELSENFELD
Attorneys for Defendant JONATHAN CUEVA

Dated:  December 14, 2021                WILCOXEN CALLAHAM, LLP

By: */s/ Christopher G. Romero*
CHRISTOPHER G. ROMERO
Attorneys for Plaintiffs HENRY DUPLANTIS
and CHERYL DUPLANTIS

Dated:  December 14, 2021                                WORTHE HANSON & WORTHE

By: */s/ Todd C. Worthe*
TODD C. WORTHE
MACKENZIE C. FOELLMER
Attorneys for Defendant UNITED AIRLINES, INC.

## ORDER

Having reviewed the above Stipulation of the Parties, and good cause having been made to the satisfaction of the Court,

1. The deadline for the Parties to designate expert witnesses is extended to February 11, 2022;

2. The deadline for the Parties to designate rebuttal witnesses is extended to March 12, 2022.

IT IS SO ORDERED.

Dated:  December 20, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

3
STIPULATION TO EXTEND EXPERT DEADLINES; ORDER THEREON
Case No. 2:20-cv-02199-MCE-AC