1  THOMAS R. BEER (SBN 148175)
   tbeer@hinshawlaw.com
2  PETER J. FELSENFELD (SBN 260433)
   pfelsenfeld@hinshawlaw.com
3  HINSHAW & CULBERTSON LLP
   One California Street, 18th Floor
4  San Francisco, CA 94111
   Telephone:   415-362-6000
5  Facsimile:   415-834-9070

6  Attorneys for Defendant JONATHAN CUEVA

7  CHRISTOPHER G. ROMERO (SBN 309164)
   cromero@wilcoxenlaw.com
8  WILCOXEN CALLAHAM, LLP
   2114 K Street
9  Sacramento, CA 95816
   Telephone:   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
10 Facsimile:   916-442-4118

11 Attorneys for Plaintiffs HENRY DUPLANTIS
   and CHERYL DUPLANTIS
12
   TODD C. WORTHE (SBN 177452)
13 tworthe@whwlawcorp.com
   MACKENZIE C. FOELLMER (SBN 255721)
14 mfoellmer@whwlawcorp.com
   WORTHE HANSON & WORTHE
15 1851 East First Street, Suite 860
   Santa Ana, CA 92705
16 Telephone:   714-285-9600
   Facsimile:   714-285-9700
17
   Attorneys for Defendant UNITED AIRLINES, INC.
18
                    UNITED STATES DISTRICT COURT
19
                    EASTERN DISTRICT OF CALIFORNIA
20
                         SACRAMENTO DIVISION
21

22 HENRY DUPLANTIS and CHERYL           ) Case No. 2:20-cv-02199-MCE-AC
   DUPLANTIS,                            )
23                                       ) **STIPULATION TO EXTEND EXPERT**
            Plaintiffs,                  ) **DEADLINES; ORDER**
24                                       )
        vs.                              ) Complaint Filed:  September 3, 2020
25                                       )
   UNITED AIRLINES, INC., JONATHAN       )
26 CUEVA, and DOES 1 through 100, inclusive, )
                                          )
27          Defendants.                   )
                                          )
28

---

1

STIPULATION TO EXTEND EXPERT DEADLINES; ORDER
Case No. 2:20-cv-02199-MCE-AC

# **RECITALS**

Plaintiffs HENRY DUPLANTIS and CHERYL DUPLANTIS ("Plaintiffs") and Defendants UNITED AIRLINES, INC. ("UA") and JONATHAN CUEVA ("Cueva") (collectively, the "Parties") by and through their respective counsel of record hereby stipulate and agree as follows:

WHEREAS, the Court's Initial Pre-Trial Scheduling Order (Dkt. #2) established that the parties must designate experts not later than sixty (60) days after the close of discovery;

WHEREAS, on October 19, 2021, the Court approved the Parties stipulation to extend the non-expert fact discovery cutoff from November 12, 2021 to December 12, 2021 (Dkt. #14).  The stipulation did not extend the corresponding deadline for expert discovery;

WHEREAS, on December 21, 2021, the Court approved the Parties stipulation to extend the expert disclosure deadline to February 11, 2022 and the expert rebuttal deadline to March 10, 2022;

WHEREAS, on November 1, 2021, Defendant Cueva served a deposition notice on UA pursuant to Federal Rule of Civil Procedure 30(b)(6);

WHEREAS, UA has notified Cueva that the earliest date it can produce a corporate representative for deposition is February 4, 2022;

WHEREAS, Cueva and Plaintiffs believe that if the Rule 30(b)(6) deposition takes place on February 4, 2022, their experts will not have sufficient time to evaluate the transcript and prepare a Rule 26 report, if necessary, by the February 11, 2022 deadline;

WHEREAS, the Parties agree that extending the expert disclosure deadline by approximately one month will provide sufficient time for Cueva's and Plaintiffs' experts to prepare their Rule 26 reports;

Now therefore, the parties hereby request the deadlines for expert discovery be extended as follows:

    Expert disclosure:                    March 11, 2022
    Expert rebuttal:                      April 8, 2022

**IT IS HEREBY STIPULATED**.

Dated:  January 12, 2022                                  HINSHAW & CULBERTSON LLP


                                                    By:  */s/ Peter J. Felsenfeld*
                                                         THOMAS R. BEER
                                                         PETER J. FELSENFELD
                                                         Attorneys for Defendant JONATHAN CUEVA

Dated:  January 12, 2022                                  WILCOXEN CALLAHAM, LLP


                                                    By:  */s/ Christopher G. Romero*
                                                         CHRISTOPHER G. ROMERO
                                                         Attorneys for Plaintiffs HENRY DUPLANTIS
                                                         and CHERYL DUPLANTIS

Dated:  January 12, 2022                                  WORTHE HANSON & WORTHE


                                                    By:  */s/ Todd C. Worthe*
                                                         TODD C. WORTHE
                                                         MACKENZIE C. FOELLMER
                                                         Attorneys for Defendant UNITED AIRLINES,
                                                         INC.

## ORDER

Having reviewed the above Stipulation of the Parties, and good cause having been made to the satisfaction of the Court, IT IS SO ORDERED that:

1. The deadline for the Parties to designate expert witnesses is extended to March 11, 2022;

2. The deadline for the Parties to designate rebuttal witnesses is extended to April 8, 2022.

3. All other deadlines remain unchanged.

IT IS SO ORDERED.

Dated:  January 21, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE