THOMAS R. BEER (SBN 148175)
tbeer@hinshawlaw.com
PETER J. FELSENFELD (SBN 260433)
pfelsenfeld@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:    415-362-6000
Facsimile:    415-834-9070

Attorneys for Defendant JONATHAN CUEVA

CHRISTOPHER G. ROMERO (SBN 309164)
cromero@wilcoxenlaw.com
WILCOXEN CALLAHAM, LLP
2114 K Street
Sacramento, CA 95816
Telephone:    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
Facsimile:    916-442-4118

Attorneys for Plaintiffs HENRY DUPLANTIS and CHERYL DUPLANTIS

TODD C. WORTHE (SBN 177452)
tworthe@whwlawcorp.com
MACKENZIE C. FOELLMER (SBN 255721)
mfoellmer@whwlawcorp.com
WORTHE HANSON & WORTHE
1851 East First Street, Suite 860
Santa Ana, CA 92705
Telephone:    714-285-9600
Facsimile:    714-285-9700

Attorneys for Defendant UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HENRY DUPLANTIS and CHERYL DUPLANTIS,<br><br>           Plaintiffs,<br><br>      vs.<br><br>UNITED AIRLINES, INC., JONATHAN CUEVA, and DOES 1 through 100, inclusive,<br><br>           Defendants. | Case No. 2:20-cv-02199-MCE-AC<br><br>**STIPULATION TO ALLOW SUPPLEMENTAL AFFIRMATIVE EXPERT REPORTS; ORDER THEREON**<br><br>Complaint Filed:  September 3, 2020 |

**RECITALS**

Plaintiffs HENRY DUPLANTIS and CHERYL DUPLANTIS ("Plaintiffs") and Defendants UNITED AIRLINES, INC. ("UA") and JONATHAN CUEVA ("Cueva") (collectively, the "Parties") by and through their respective counsel of record hereby stipulate and agree as follows:

WHEREAS, the deadline for the Parties to disclose expert witnesses pursuant to Federal Rule of Civil Procedure 26 is March 11, 2022;

WHEREAS, on February 14, 2022, counsel for Cueva deposed United's corporate representative, Sandra Bogguess, pursuant to Federal Rule of Civil Procedure 30(b)(6);

WHEREAS, during the deposition, counsel for United objected to several categories of examination and instructed the witness not to answer several questions;

WHEREAS, the parties disagree whether United's objections were appropriate and intend to resolve their dispute through an Informal Telephonic Conference with U.S. Magistrate Judge Allison Claire;

WHEREAS, Cueva contends that he requires answers on the deposition topics and individual questions that United's counsel objected to in order for his expert(s) to complete his/her/their Rule 26 report(s);

WHEREAS, the Parties agree that it is not feasible to resolve the discovery dispute and conduct a further deposition, if ordered, in advance of the March 11, 2022 expert disclosure deadline;

WHEREAS, the Parties have scheduled a global mediation for March 22, 2022 with Patricia Tweedy, Esq.;

WHEREAS, the Parties agree it would be prudent to wait until after the mediation to address their discovery dispute;

WHEREAS, the Parties agree that if the case does not settle and Magistrate Claire orders a further deposition, the Parties may submit supplemental affirmative experts reports, and rebuttals thereto.

Now therefore, the parties hereby stipulate to and request the deadlines for expert discovery be amended as follows:

If Magistrate Claire orders a further deposition of United's corporate witness, the Parties may

1  submit supplemental affirmative expert reports not later than thirty (30) days after the deposition
2  takes place.
3        The Parties may submit expert rebuttal reports addressing the supplemental affirmative expert
4  reports not later than thirty (30) days after the supplemental affirmative reports are submitted.
5        **IT IS HEREBY STIPULATED**.

Dated:  February 25, 2022                                        HINSHAW & CULBERTSON LLP

                                              By:  */s/ Peter J. Felsenfeld*
                                                   THOMAS R. BEER
                                                   PETER J. FELSENFELD
                                                   Attorneys for Defendant JONATHAN CUEVA

Dated:  February 25, 2022                                        WILCOXEN CALLAHAM, LLP

                                              By:  */s/ Christopher G. Romero*
                                                   CHRISTOPHER G. ROMERO
                                                   Attorneys for Plaintiffs HENRY DUPLANTIS
                                                   and CHERYL DUPLANTIS

Dated:  February 25, 2022                                        WORTHE HANSON & WORTHE

                                              By:  */s/ Todd C. Worthe*
                                                   TODD C. WORTHE
                                                   MACKENZIE C. FOELLMER
                                                   Attorneys for Defendant UNITED AIRLINES,
                                                   INC.

## FILER'S ATTESTATION

I, Peter J. Felsenfeld, am the ECF user whose identification and password are being used to file this STIPULATION TO ALLOW SUPPLEMENTAL AFFIRMATIVE EXPERT REPORTS; [PROPOSED] ORDER. In compliance with Local Rules, I hereby attest that all party signatories hereto concur in this filing.

                                              */s/ Peter J. Felsenfeld*
                                              PETER J. FELSENFELD

**ORDER**

Having reviewed the above Stipulation of the Parties, and good cause having been made to the satisfaction of the Court, IT IS SO ORDERED that:

If Magistrate Claire orders a further deposition of United's corporate witness, the Parties may submit supplemental affirmative expert reports not later than thirty (30) days after the deposition takes place.

The Parties may submit rebuttal reports addressing the supplemental affirmative expert reports not later than thirty (30) days after the supplemental affirmative reports are submitted.

IT IS SO ORDERED.

Dated:  March 3, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE