# UNITED STATES DISTRICT COURT

# FOR THE STATE OF CALIFORNIA, EASTERN DISTRICT

| | |
|---|---|
| HENRY DUPLANTIS and CHERYL DUPLANTIS<br><br>       Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC., JONATHAN CUEVA, and DOES 1 THROUGH 100, inclusive.<br><br>       Defendants. | Case No.  2:20-cv-02199-MCE-AC<br><br>**ORDER GRANTING MOTION FOR GOOD FAITH SETTLEMENT**<br><br>**DATE: April 28, 2022**<br>**TIME: 2:00 P.M.**<br>**COURTROOM: 7**<br><br>Complaint Filed: 9/3/2020<br>Trial Date: None |

  The Court has reviewed the Motion for Good Faith Settlement made pursuant to California Code of Civil Procedure § 877.6 by Defendant United Airlines, Inc. (ECF No. 23), the points and authorities, declarations and documents submitted in support thereof, together with Plaintiff's Joinder thereto (ECF No. 25).  Defendant Cueva has failed to oppose Defendant's Motion.  Good cause appearing,

  Defendant, UNITED AIRLINES, INC.'s Motion for Good Faith Settlement is hereby GRANTED, the Court having determined that the proposed settlement

satisfies the requirements for such determination articulated by the California Supreme Court in <u>Tech-Bilt, Inc. v. Woodward-Clyde & Assoc.</u>, 38 Cal. 3d 488 (Cal. 1985).  Defendant, UNITED AIRLINES, INC., is hereby dismissed from this action.

**A**ll existing and/or future Complaints and Cross-Complaints against UNITED, seeking contribution and/or implied indemnity from UNITED, based upon its alleged role in the incident are hereby barred and dismissed with prejudice. The Clerk is directed to close this case in accordance with this order.

IT IS SO ORDERED.

Dated:  May 12, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2

ORDER GRANTING MOTION FOR GOOD FAITH SETTLEMENT