1  CHRISTOPHER G. ROMERO, ESQ. / SBN: 309164
   *cromero@wilcoxenlaw.com*
2  **WILCOXEN CALLAHAM, LLP**
   2114 K Street
3  Sacramento, CA 95816
   Telephone:  (916) 442-2777
4  Facsimile:   (916) 442-4118

5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE STATE OF CALIFORNIA, EASTERN DISTRICT

| HENRY DUPLANTIS and CHERYL DUPLANTIS, | Case No.: 2:20-cv-02199-MCE-AC |
|---|---|
| Plaintiffs, | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |
| v. | |
| UNITED AIRLINES, INC., JONATHAN CUEVA, and DOES 1 through 100, inclusive, | **Complaint Filed: May 20, 2020**<br>**Trial Date:  None.** |
| Defendants. | |

   IT IS HEREBY STIPULATED TO by and between Plaintiffs, HENRY DUPLANTIS and CHERYL DUPLANTIS, by and through their attorneys of record, Christopher G. Romero, and Defendant, JONATHAN CUEVA, by and through his attorney of record, Peter J. Felsenfeld, as follows:

   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE, with each side bearing its own fees and costs.

//
//
//
//

IT IS SO STIPULATED.

DATED: 03/01/2023            **WILCOXEN CALLAHAM, LLP**

By:   */s/ Christopher G. Romero*
     CHRISTOPHER G. ROMERO, ESQ.
     Attorneys for Plaintiffs, HENRY DUPLANTIS and CHERYL DUPLANTIS

DATED: 03/01/2023            **HINSHAW & CULBERTSON, LLP**

By:   */s/ Peter J. Felsenfeld*
     PETER J. FELSENFELD, ESQ.
     Attorneys for Defendant, JONATHAN CUEVA

### ORDER

This action, Case No. 2:20-cv-02199-MCE-AC is DISMISSED in its entirety WITH PREJUDICE, with each side bearing its own fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: March 6, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE